```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 01623
   MAURICE NEWSOM
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0603

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/31/2007 and was confirmed 06/06/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 03/12/2008.
-------------------------------------------------------------------------------
                                                        INTEREST     PRINCIPAL
CREDITOR NAME              CLASS         CLAIM AMOUNT     PAID         PAID
-------------------------------------------------------------------------------
NUVELL CREDIT CO LLC     SECURED VEHIC    7100.00         243.74       756.31
NUVELL CREDIT CO LLC     UNSECURED         331.31           .00           .00
NUVELL CREDIT CO LLC     SECURED VEHIC    7225.00         257.60       443.01
NUVELL CREDIT CO LLC     UNSECURED        3143.98           .00           .00
CAPITAL MANAGEMENT SERVI UNSECURED        NOT FILED         .00           .00
CHICAGO AREA OFFICE FED  UNSECURED        NOT FILED         .00           .00
CREDIT COLLECTION SERVIC UNSECURED        NOT FILED         .00           .00
HARVARD COLLECTION SERVI UNSECURED        NOT FILED         .00           .00
NICOR GAS                UNSECURED         825.10           .00           .00
PROGRESSIVE MANAGEMENT S UNSECURED        NOT FILED         .00           .00
ISAC                     UNSECURED        2879.49           .00           .00
SALLIE MAE LSCF          UNSECURED        NOT FILED         .00           .00
JENNIFER WATLEY          NOTICE ONLY      NOT FILED         .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      1,814.00                    1,127.40
TOM VAUGHN               TRUSTEE                                        200.32
DEBTOR REFUND            REFUND                                           .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,028.38

PRIORITY                                              .00
SECURED                                           1,199.32
    INTEREST                                        501.34
UNSECURED                                             .00
ADMINISTRATIVE                                    1,127.40
TRUSTEE COMPENSATION                                200.32
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                   3,028.38                 3,028.38

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01623 MAURICE NEWSOM
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE